The People of the State of New York, Respondent, v. May Hawkins, Appellant.— Order of the County Court of Kings county affirming a judgment of conviction of the City Magistrate's Court, city of New York, bor-

ough of Brooklyn, affirmed. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.